March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Padilla Lopez,

                Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20 MAJ CR 10955 (__)(__)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [X] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

/s/ by Sylvie Levine
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

Israel Padilla Lopez
**Print Defendant's Name**

[signature]
**Defense Counsel's Signature**

Sylvie Levine
**Print Defense Counsel's Name**

This proceeding was conducted by reliable videoconferencing technology.

11/18/20
**Date**

Kevin Nathaniel Fox
**U.S. District Judge/U.S. Magistrate Judge**